UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| KATHY E. ADAMS, | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| v. | ) Civil No.: 05-941 (EGS) |
|  | )     ECF |
| CONDOLEEZA RICE, | ) |
|  | ) |
| Defendant. | ) |

**DEFENDANT'S UNOPPOSED MOTION FOR
AN EXTENSION OF TIME**

Pursuant to Fed. R. Civ. P. 6(b), Defendant Condoleeza Rice, Secretary, United States Department of State, in her official capacity, hereby moves for an extension of time from July 22, 2005, to August 22, 2005, to respond to Plaintiff Kathy E Adams' Complaint.  Pursuant to Local Rule 7(m), the parties conferred and Plaintiff's counsel does not oppose this motion.  This is Defendant's first motion for an extension of in this case.  A scheduling order has not been entered in this case.

There is good cause to grant this motion.  Plaintiff sues under the Rehabilitation Act of 1973, as amended, complaining that Defendant unlawfully denied her the right to become a Foreign Service Officer after she informed Defendant of her breast cancer diagnosis.  The alleged unlawful action took place in 2003.

Defendant is diligently evaluating Plaintiff's claim to formulate an appropriate response to her Complaint.  However, additional time is needed for Defendant to complete that evaluation process, including gathering information that is now two years old.  Furthermore, agency

counsel, assigned to this case, is currently out of town. Her input is essential in crafting a proper response to Plaintiff's Complaint. In light of these circumstances, the undersigned counsel needs the additional time to prepare the response and to submit it for client and supervisory review before filing it with the Court.

For the foregoing reasons, Defendant respectfully requests that the Court grant a thirty-day extension of time from July 22, 2005, to August 22, 2005, to respond to Plaintiff's Complaint.

Dated: July 18, 2005                    Respectfully Submitted,


/s/
KENNETH L. WAINSTEIN, D.C. BAR #451058
United States Attorne


/s/
R. CRAIG LAWRENCE, D.C. BAR #171538
Assistant United States Attorney


/s/
JOHN C. TRUONG, D.C. BAR #465901
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 307-0406

Attorneys for Defendant

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| KATHY E. ADAMS, | ) |
| Plaintiff, | ) |
| v. | ) Civil No.: 05-941 (EGS) |
|  | ) ECF |
| CONDOLEEZA RICE, | ) |
| Defendant. | ) |

### [PROPOSED] ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR AN EXTENSION OF TIME

Upon consideration of Defendant's Unopposed Motion for an Extension of Time and the entire record herein, it is this_____day of _____, 2005,

ORDERED that Defendant's Unopposed Motion for an Extension of Time be and is hereby GRANTED; it is

FURTHER ORDERED that Defendant shall have up to and including August 22, 2005, to respond to Plaintiff's Complaint.

SO ORDERED.

_____
U.S. District Judge