# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

_____
                                        )
KATHY E. ADAMS,                         )
                                        )
    Plaintiff,                          )
                                        )
    v.                                  ) Civil No.: 05-941 (EGS)
                                        )       ECF
CONDOLEEZA RICE,                        )
                                        )
    Defendant.                          )
_____)

## DEFENDANT'S UNOPPOSED MOTION FOR
## AN EXTENSION OF TIME

Pursuant to Fed. R. Civ. P. 6(b), Defendant Condoleeza Rice, Secretary, United States Department of State, in her official capacity, hereby moves for an extension of time from August 22, 2005, to September 13, 2005, respond to Plaintiff Kathy E Adams' Complaint.  Pursuant to Local Rule 7(m), the parties conferred and Plaintiff's counsel does not oppose this motion.  A scheduling order has not been entered in this case.

There is good cause to grant this motion.  Plaintiff sues under the Rehabilitation Act of 1973, as amended, complaining that Defendant unlawfully denied her the right to become a Foreign Service Officer after she informed Defendant of her breast cancer diagnosis.  The alleged unlawful action took place in 2003.

Defendant is diligently evaluating Plaintiff's claim to formulate an appropriate response to her Complaint.  Defendant is near the end of its evaluation process and anticipates filing a pre-discovery summary judgment motion.  In fact, Defendant is in the process of gathering relevant declarations and other relevant evidence to support the dispositive motion.  Some of the

declarants are high ranking officials who were on travel and now have limited availability to review and sign their respective declarations.  Therefore, additional time is needed for Defendant to complete that evaluation process and finalize these declarations.  In light of these circumstances, the undersigned counsel needs the additional time to prepare this pre-discovery dispositive motion and obtain executed declarations, and submit these documents for client and supervisory review before filing them  with the Court.

For the foregoing reasons, Defendant respectfully requests that the Court an extension of time from August 22, 2005, to September 13, 2005, respond to Plaintiff's Complaint with a dispositive motion.


Dated: August 19, 2005.                    Respectfully Submitted,


                                           _____/s/_____
                                           KENNETH L. WAINSTEIN, D.C. BAR #451058
                                           United States Attorne


                                           _____/s/_____
                                           R. CRAIG LAWRENCE, D.C. BAR #171538
                                           Assistant United States Attorney

                                           _____/s/_____
                                           JOHN C. TRUONG, D.C. BAR #465901
                                           Assistant United States Attorney
                                           555 Fourth Street, N.W.
                                           Washington, D.C.  20530
                                           (202) 307-0406

                                           Attorneys for Defendant

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                                                  )
KATHY E. ADAMS,                                   )
                                                  )
            Plaintiff,                            )
                                                  )
      v.                                          ) Civil No.: 05-941 (EGS)
                                                  )          ECF
CONDOLEEZA RICE,                                  )
                                                  )
            Defendant.                            )
_____)

**[PROPOSED] ORDER GRANTING DEFENDANT'S UNOPPOSED**
**MOTION FOR  AN EXTENSION OF TIME**

       Upon consideration of Defendant's Unopposed Motion for an Extension of Time and the

entire record herein, it is this_____day of _____, 2005,

       ORDERED that Defendant's Unopposed Motion for an Extension of Time be and is

hereby GRANTED; it is

       FURTHER ORDERED that Defendant shall have up to and including September 13,

2005, to respond to Plaintiff's Complaint.


       SO ORDERED.




                                        _____
                                        U.S. District Judge