UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| KATHY E. ADAMS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No.: 05-941 (EGS) |
| | )         ECF |
| CONDOLEEZA RICE, | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT'S UNOPPOSED MOTION FOR
AN EXTENSION OF TIME**

Pursuant to Fed. R. Civ. P. 6(b), Defendant Condoleeza Rice, Secretary, United States Department of State, in her official capacity, hereby moves for an extension of time from September 13, 2005, to September 16, 2005, to respond to Plaintiff Kathy E Adams' Complaint. Pursuant to Local Rule 7(m), the parties conferred and Plaintiff's counsel does not oppose this motion. A scheduling order has not been entered in this case.

There is good cause to grant this motion. Plaintiff sues under the Rehabilitation Act of 1973, as amended, complaining that Defendant unlawfully denied her the right to become a Foreign Service Officer after she informed Defendant of her breast cancer diagnosis. The alleged unlawful action took place in 2003.

Defendant indicated in the previous motion for an extension of time that Defendant intended to file a dispositive motion but was unable to do so because Defendant could not obtain the necessary declarations from several officials. As previously explained to the Court, some of the declarants are high ranking officials who were on travel and had limited availability to

review and sign their respective declarations. For these reasons, the Court granted the motion for an extension.

At present, Defendant fully intended to file the dispositive motion on time. Unfortunately, some of the officials who need to sign the necessary declarations are now preoccupied with the Katrina relief effort, and agency counsel has had difficulties tracking them down to review and sign their declarations. However, Defendant anticipates that these officials will execute their declarations by Friday. In light of these circumstances, Defendant needs an additional three days to get all of the declarations signed for filing with the Court.

For the foregoing reasons, Defendant respectfully requests that the Court grant an extension of time from September 13, 2005, to September 16, 2005, to respond to Plaintiff's Complaint with a dispositive motion.

Dated: September 12, 2005.    Respectfully Submitted,

　　　　　　　　　　　　　　　　　　/s/
KENNETH L. WAINSTEIN, D.C. BAR #451058
United States Attorne

　　　　　　　　　　　　　　　　　　/s/
R. CRAIG LAWRENCE, D.C. BAR #171538
Assistant United States Attorney

　　　　　　　　　　　　　　　　　　/s/
JOHN C. TRUONG, D.C. BAR #465901
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 307-0406

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| KATHY E. ADAMS, | ) |
| Plaintiff, | ) |
| v. | ) Civil No.: 05-941 (EGS) |
|  | ) ECF |
| CONDOLEEZA RICE, | ) |
| Defendant. | ) |

**[PROPOSED] ORDER GRANTING DEFENDANT'S UNOPPOSED
MOTION FOR AN EXTENSION OF TIME**

Upon consideration of Defendant's Unopposed Motion for an Extension of Time and the entire record herein, it is this_____day of _____, 2005,

ORDERED that Defendant's Unopposed Motion for an Extension of Time be and is hereby GRANTED; it is

FURTHER ORDERED that Defendant shall have up to and including September 16, 2005, to respond to Plaintiff's Complaint.

SO ORDERED.

_____
U.S. District Judge