**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|   |   |
|---|---|
| KATHY E. ADAMS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 1:05CV00941(EGS) |
| v. | ) |
| | )ECF |
| CONDOLEEZZA RICE, in her capacity as | ) |
| United States Secretary of State, | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT'S UNOPPOSED MOTION TO FILE CERTAIN DOCUMENTS AND PORTIONS OF THE MOTION TO DISMISS OR, IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT MOTION UNDER SEAL**

1.  Pursuant to LCvR 5.1(j)(1), "any pleading filed with the intention of being sealed shall be accompanied by a motion to seal. The document will be treated as sealed, pending the outcome of the ruling on the motion." Pursuant to the Local Rule 7(m), the parties conferred and Plaintiff's counsel (Ms. Ellen Renaud) does not oppose this motion.

2.  A protective order governing (1) the disclosure of confidential or private information and (2) the procedures for filing documents under seal has not been issued by the Court in this case.

3.  Defendant's Motion to Dismiss or, in the alternative, for Summary Judgment ("Motion") filed on September 6, 2005, relies in part on documents that contain information on Plaintiff's breast cancer condition. Even though Plaintiff has made her breast cancer condition public (Compl. at ¶¶ 11 and 12), the information on her diagnosis, on-going treatment, and medication is not in the public domain.

4. For example, Government Exhibits 8, 9, 10, 13, 15, and 17 contain a detailed description of Plaintiff's medical condition, her treatment plan, and the type of medication prescribed by her physician. These Exhibits were made part of the record during the processing of this case at the EEO administrative level. Morever, these Exhibits are documents that were gathered by Defendant during Plaintiff's application process to become a Foreign Service Officer.

5. In addition, Declarations of Messrs. Laurence Brown and John M. O'Keefe (attached as Exhibits 1 and 2 to the Motion, respectively) also discuss Plaintiff's breast cancer condition and the treatment plan. Specifically, paragraphs 14-17, and 19 of the Brown Declaration discuss Plaintiff's follow-up treatment plan and potential negative effects of her medication. Likewise, Paragraph 9 of the O'Keefe Declaration discusses similar medical issues. These statements are based on information provided by Plaintiff pertaining to her medical condition.

6. Finally, the text of Defendant's Motion – citing to these documents and declarations– discusses Plaintiff's medical conditions and her on-going treatment plan as part of Defendant's legal analyses of this case.

7. The undersigned counsel conferred with Plaintiff's counsel and the parties agree that it would be prudent at this juncture to file documents and portions of the brief that contain Plaintiff's breast cancer diagnosis, treatment plan, and medication information under seal, until the parties can enter into a stipulated protective order that governs the disclosure of confidential and private information.

8. Defendant will file a "redacted public" version of the Motion and Exhibits with the Court today via electronic filing system. Defendant will serve Plaintiff's counsel with an

"unredacted seal" version of the Motion and Exhibits today via first class mail, with postage prepaid. Defendant will then file with the Clerk of the Court an "unredacted seal" version of the Motion and Exhibits on Monday during normal court business hours.

9. For the these reasons, Defendant respectfully requests that the Court grant Defendant's Motion to File Certain Documents and Portions of the Motion to Dismiss or, in the alternative, for Summary Judgment Under Seal.

Dated: September 16, 2005                Respectfully Submitted,

                                         /s/
                                         KENNETH L. WAINSTEIN, D.C. BAR #451058
                                         United States Attorney


                                         /s/
                                         R. CRAIG LAWRENCE, D.C. BAR #171538
                                         Assistant United States Attorney

                                         /s/
                                         JOHN C. TRUONG, D.C. BAR #465901
                                         Assistant United States Attorney
                                         555 Fourth Street, N.W.
                                         Washington, D.C.  20530
                                         (202) 307-0406

                                         Attorneys for Defendant

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| KATHY E. ADAMS, | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) Civil Action No. 1:05CV00941(EGS) |
| v. | ) |
|  | )ECF |
| CONDOLEEZZA RICE, in her capacity as United States Secretary of State, | ) |
|  | ) |
| Defendant. | ) |

**[PROPOSED] ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION MOTION TO FILE CERTAIN DOCUMENTS AND PORTIONS OF THE MOTION TO DISMISS OR, IN THE ALTERNATIVE, SUMMARY JUDGMENT MOTION UNDER SEAL**

Upon consideration Defendant's Unopposed Motion to File Certain Documents and Portions of the Motion to Dismiss or, in the alternative, for Summary Judgment and the entire record herein, it is this _____ day of _____, 2005

ORDERED that Defendant's Motion to File Under Seal be and is hereby GRANTED; it is

ORDERED that Exhibits 8-10, 13, 15, and 17 be and are hereby accepted for filing under seal; it is

ORDERED that Paragraphs 14-17, and 19 of the Brown Declaration and Paragraph 9 of the O'Keefe Declaration be and are hereby accepted for filing under seal; it is

ORDERED that portions of Defendant's Motion to Dismiss or, in the alternative, for Summary Judgment be and are hereby accepted for filing under seal; it is

ORDERED that Defendant shall file a "redacted public" version of Defendant's Motion to Dismiss or, in the alternative, for Summary Judgment and its accompanying Exhibits on September 16, 2005, via the electronic court filing system; and it is

ORDERED that Defendant shall serve Plaintiff's counsel with a copy of the "unredacted seal" version of Defendant's Motion to Dismiss or, in the alternative, for Summary Judgment and its accompanying Exhibits on September 16, 2005, via first class mail, with postage prepaid; and it is

FURTHER ORDERED that Defendant shall file with the Clerk of the Court with a copy of the "unredacted seal" version of Defendant's Motion to Dismiss or, in the alternative, for Summary Judgment and its accompanying Exhibits on September 19, 2005.

SO ORDERED.

_____
U.S. District Judge