UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **Kathy E. Adams,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**Condoleezza Rice,** )<br>)<br>**Defendant.** )<br>) | Civil Action No.:  05-941 |

## PLAINTIFF'S CONSENT MOTION FOR ENLARGEMENT OF TIME

Plaintiff hereby respectfully requests an enlargement of time, to and including Monday, November 14, 2005, within which to oppose to defendant's motion to dismiss, or in the alternative, for summary judgment.  Plaintiff's opposition is currently due Tuesday, September 27, 2005.

The reason for plaintiff's motion is counsel for plaintiff is currently occupied with extensive depositions in the matter of *Roberson v. Powell*, EEOC No. 100-2004-00642X as well as preparation for and participation in Oral Argument in the matter of *Holcomb v. Powell*, Appeal No. 04-5216 (D.C. Cir.) (on Friday, October 7, 2005).  Additionally, counsel is occupied with preparation of a brief of appellant in the matter of *Chappell-Johnson v. Powell*, Appeal No. 04-5426 (D.C. Cir.) (due September 23, 2005) and a brief of appellant and joint appendix in the matter of *Eng v. Norfolk Southern Corp.*, Appeal No. 05-1665 (4th Cir.) (due September 30, 2005), preparation of a reply brief in *Broderick v. Donaldson*, Appeal No. 04-5404 (D.C. Cir.) (due October 3, 2005), opposing summary affirmance in *Czekalski v. Mineta*, Appeal No. 05-5221 (D.C. Cir.) (due October 4, 2005), preparation of a brief of appellant and joint appendix in the matter of *Peary v. Goss*, Appeal No. 05-1658 (4th Cir.) (due October 14, 2005), and opposing summary judgment in *Simpson v. Thompson*,

C.A.No. 03-1123 (D.D.C.) (due October 21, 2005) and in *Bennett v. Fairfax County*, C.A.No. 05-250A (E.D.Va.) (due October 6, 2005).

    Counsel for plaintiff has contacted counsel for defendant, who has indicated that he consents to plaintiff's motion.

                                              Respectfully submitted,

                                              _____
                                              David H. Shapiro
                                              D.C. Bar No. 961326
                                              SWICK & SHAPIRO
                                              1225 Eye Street, N.W.
                                              Suite 1290
                                              Washington, D.C.  20005
                                              (202) 483-0300

                                              Attorney for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Kathy E. Adams,<br><br>    Plaintiff,<br><br>v.<br><br>Condoleezza Rice,<br><br>    Defendant. | )<br>)<br>)<br>)<br>)<br>) Civil Action No.:  05-941<br>)<br>)<br>)<br>)<br>) |

## O R D E R

UPON CONSIDERATION of plaintiff's consent motion for an enlargement of time, to and including Monday, November 14, 2005, within which to oppose to defendant's motion to dismiss, or in the alternative, for summary judgment, it is hereby

ORDERED that plaintiff's motion be, and the same hereby is, GRANTED; and it is

FURTHER ORDERED that plaintiff shall have to and including Monday, November 14, 2005, within which to oppose to defendant's motion to dismiss, or in the alternative, for summary judgment.

_____
UNITED STATES DISTRICT JUDGE

Send copies of Order to:

David H. Shapiro
SWICK & SHAPIRO, P.C.
1225 Eye Street, N.W.
Suite 1290
Washington, D.C. 20005
dhshapiro@swickandshapiro.com

    and

John C. Truong
Assistant United States Attorney
555 4th Street, N.W.
Tenth Floor
Washington, D.C. 20530
john.truong@usdoj.gov