UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Kathy E. Adams,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No.:  05-941 |
| ) | |
| **Condoleezza Rice,** ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

### PLAINTIFF'S CONSENT MOTION FOR ENLARGEMENT OF TIME

Plaintiff hereby respectfully requests an enlargement of time, to and including Monday, November 21, 2005, within which to oppose to defendant's motion to dismiss, or in the alternative, for summary judgment.  Plaintiff's opposition is currently due Monday, November 14, 2005.

The reason for plaintiff's motion is counsel for plaintiff is currently occupied with the press of other business. Counsel for defendant consents to this motion.

Respectfully submitted,

_____
David H. Shapiro
D.C. Bar No. 961326
SWICK & SHAPIRO
1225 Eye Street, N.W.
Suite 1290
Washington, D.C.  20005
(202) 483-0300

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Kathy E. Adams, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No.: 05-941 |
| Condoleezza Rice, | ) |
| Defendant. | ) |

**O R D E R**

UPON CONSIDERATION of plaintiff's consent motion for an enlargement of time, to and including Monday, November 21, 2005, within which to oppose to defendant's motion to dismiss, or in the alternative, for summary judgment, it is hereby

ORDERED that plaintiff's motion be, and the same hereby is, GRANTED; and it is

FURTHER ORDERED that plaintiff shall have to and including Monday, November 21, 2005, within which to oppose to defendant's motion to dismiss, or in the alternative, for summary judgment.

_____
UNITED STATES DISTRICT JUDGE

Send copies of Order to:

David H. Shapiro
SWICK & SHAPIRO, P.C.
1225 Eye Street, N.W.
Suite 1290
Washington, D.C. 20005
dhshapiro@swickandshapiro.com

    and

John C. Truong
Assistant United States Attorney
555 4th Street, N.W.
Tenth Floor
Washington, D.C. 20530
john.truong@usdoj.gov