# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| **Kathy E. Adams,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| v. ) | Civil Action No. 05-941 |
| ) | |
| **Condoleezza Rice,** ) | |
| Secretary of State ) | |
| U.S. Department of State ) | |
| ) | |
| **Defendant.** ) | |
| ) | |

## MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT

Pursuant to Federal Rule of Civil Procedure 15, Plaintiffs respectfully request leave to file an amended complaint in the above-captioned civil action. *See* Fed. R. Civ. P. 15(a) (explaining that leave to amend a civil complaint should be freely given when justice so requires). Investigation of plaintiff's claims by counsel has revealed that Ms. Adams was hospitalized for breast cancer treatment and thus has a record of impairment and that she is substantially limited in the major life activity of sexual contact due to her breast cancer. Because these two additional facts render Ms. Adams an individual with a disability under the Rehabilitation Act, justice requires their addition to Ms. Adams' complaint. *See* Amended Complaint ¶¶ @@ including defendant's denial of cost of living adjustment as an act of discrimination and retaliation by defendant).

Plaintiff also notes that her amended pleading should relate back to the date of his original pleading because the additional claims "asserted in the amended pleading arose out of the conduct, transaction, or occurrence set forth or attempted to be set forth in the original pleading." Fed. R. Civ. P. 15(c)(2).

Counsel for plaintiff contacted counsel for defendant who has indicated that defendant will oppose plaintiff's motion.

Respectfully submitted,

_____
David H. Shapiro
D.C. Bar # 961326
Ellen K. Renaud
D.C. Bar # 479376
Swick & Shapiro, P.C.
1225 Eye Street, N.W.
Suite 1290
Washington, DC  20005
(202) 842-0300
Fax (202) 842-1418

Attorneys for Plaintiff