**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| _____ ) | |
| KATHY E. ADAMS, ) | |
| ) | |
|     Plaintiff, ) | |
| ) | |
|     5. ) Civil No.: 05-941 (EGS) | |
| )     ECF | |
| CONDOLEEZA RICE, ) | |
| ) | |
|     Defendant. ) | |
| _____ ) | |

**RESPONSE TO PLAINTIFF'S MOTION FOR LEAVE TO FILE**
**AN AMENDED COMPLAINT**

Defendant Condoleeza Rice, Secretary, U.S. Department of State, hereby responds to

Plaintiff's Motion for Leave to File an Amended Complaint.  Plaintiff Kathy E. Adams filed her

initial complaint on May 10, 2005.  Defendant did not file a responsive pleading, but instead

moved to dismiss or, in the alternative, for summary judgment on September 16, 2005.  See

Miles v. Dep't of Army, 881 F. 2d 777, 781 (9th Cir. 1989) (noting that a motion to dismiss is not

a responsive pleading).

Under Fed. R. Civ. P. 15(a), Ms. Adams has a right to amend her complaint "as a matter

of course at any time before a responsive is served."  Fed. R. Civ. P. 15(a).  Since Defendant has

neither filed nor served a responsive pleading, Ms. Adams did not need to move for leave to

amend.  Accordingly, Defendant does not oppose Ms. Adams' motion for leave to file an

amended complaint.

Dated: November 22, 2005.                    Respectfully Submitted,


_____/s/_____
KENNETH L. WAINSTEIN, D.C. BAR #451058
United States Attorne


_____/s/_____
R. CRAIG LAWRENCE, D.C. BAR #171538
Assistant United States Attorney


_____/s/_____
JOHN C. TRUONG, D.C. BAR #465901
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 307-0406

Attorneys for Defendant