UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Kathy E. Adams,           ) | |
|    Plaintiff,     ) | |
| v.                        ) | Civil Action No.: 05-941 (EGS) |
| Condoleezza Rice,         ) | |
|    Defendant.     ) | |

## PLAINTIFF'S MOTION FOR ENLARGEMENT OF TIME

Plaintiff hereby respectfully requests an enlargement of time, to and including Tuesday, November 29, 2005, within which to file plaintiff's opposition to defendant's motion to dismiss, or in the alternative, for summary judgment. Plaintiff's opposition is currently due Monday, November 28, 2005.

The reason for plaintiff's motion although plaintiff's opposition has been completed, due to the sensitive nature of the facts and exhibits of this case, the parties have agreed to file their documents under seal. However, counsel for plaintiff has also occupied with two other projects which are also due today: the submission of final briefs in *Chappell-Johnson v. Powell*, Appeal No. 04-5426 (D.D.C.) and submitting a reply brief in the matter of *Eng v. Norfolk Southern Corp.*, Appeal No. 05-1665 (4th Cir.). By the time counsel had completed assembling the exhibits to plaintiff's opposition, it was after the close of business for the Clerk's Office. It was then that counsel learned that sealed matters could not be filed in the late box but must be submitted during regular business hours and that the documents, which are extensive, must be presented in electronic format on a disk.

    Counsel attempted to contact counsel for defendant to obtain his consent to this motion, but was unable to reach him.

                                        Respectfully submitted,

                                        _____
                                        David H. Shapiro
                                        D.C. Bar No. 961326
                                        SWICK & SHAPIRO
                                        1225 Eye Street, N.W.
                                        Suite 1290
                                        Washington, D.C.  20005
                                        (202) 483-0300

                                        Attorney for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Kathy E. Adams, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No.: 05-941 (EGS) |
| Condoleezza Rice, | ) |
| Defendant. | ) |

**O R D E R**

UPON CONSIDERATION of plaintiff's motion for an enlargement of time, to and including Tuesday, November 29, 2005, within which to oppose to defendant's motion to dismiss, or in the alternative, for summary judgment, it is hereby

ORDERED that plaintiff's motion be, and the same hereby is, GRANTED; and it is

FURTHER ORDERED that plaintiff shall have to and including Tuesday, November 29, 2005, within which to oppose to defendant's motion to dismiss, or in the alternative, for summary judgment.

_____
UNITED STATES DISTRICT JUDGE

Send copies of Order to:

David H. Shapiro
SWICK & SHAPIRO, P.C.
1225 Eye Street, N.W.
Suite 1290
Washington, D.C. 20005
dhshapiro@swickandshapiro.com

    and

John C. Truong
Assistant United States Attorney
555 4th Street, N.W.
Tenth Floor
Washington, D.C. 20530
john.truong@usdoj.gov