UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Kathy E. Adams, | ) |
|       Plaintiff, | ) |
| v. | ) Civil Action No.: 05-941 (EGS) |
| Condoleezza Rice, | ) |
|       Defendant. | ) |

## PLAINTIFF'S CONSENT MOTION TO SEAL

Plaintiff hereby respectfully moves to file her opposition to defendant's motion to dismiss, or in the alternative, for summary judgment under seal.

The instant case contains many facts of a sensitive nature regarding plaintiff's medical condition and the parties therefore have agreed to file their documents under seal.

Counsel for defendant has consented to filing plaintiff's opposition under seal.

Respectfully submitted,

David H. Shapiro
D.C. Bar No. 961326
SWICK & SHAPIRO
1225 Eye Street, N.W.
Suite 1290
Washington, D.C. 20005
(202) 483-0300

Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing plaintiff's consent motion to seal her opposition to defendant's motion to dismiss, or alternatively, for summary judgment, has been served on defendant by mailing a copy to her counsel of record, John C. Truong, Assistant United States Attorney, 555 4th Street, N.W., Tenth Floor, Washington, D.C. 20530 on November 29, 2005.

                                                        Michael J. Church

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Kathy E. Adams, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No.: 05-941 (EGS) |
| ) | |
| Condoleezza Rice, ) | |
| ) | |
| Defendant. ) | |

## O R D E R

UPON CONSIDERATION of plaintiff's consent motion to file her opposition to defendant's motion to dismiss, or in the alternative, for summary judgment under seal, it is hereby

ORDERED that plaintiff's motion be, and the same hereby is, GRANTED; and it is

FURTHER ORDERED that plaintiff's opposition to defendant's motion to dismiss, or in the alternative, for summary judgment shall be filed under seal.

_____
UNITED STATES DISTRICT JUDGE

Send copies of Order to:

David H. Shapiro
SWICK & SHAPIRO, P.C.
1225 Eye Street, N.W.
Suite 1290
Washington, D.C. 20005
dhshapiro@swickandshapiro.com

    and

John C. Truong
Assistant United States Attorney
555 4th Street, N.W.
Tenth Floor
Washington, D.C. 20530
john.truong@usdoj.gov