UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| KATHY E. ADAMS, | ) |
| Plaintiff, | ) |
| v. | ) Civil No.: 05-941 (EGS) |
|  | )       ECF |
| CONDOLEEZA RICE, | ) |
| Defendant. | ) |

**DEFENDANT'S CONSENT MOTION FOR
AN EXTENSION OF TIME**

Pursuant to Fed. R. Civ. P. 6(b), Defendant Condoleeza Rice, Secretary, United States Department of State, in her official capacity, hereby moves for an extension of time from December 26, 2005, to January 26, 2006, respond to Plaintiff Kathy E. Adams' Amended Complaint. The deadline for Defendant to respond to Ms. Adams' Amended Complaint is on December 26, 2005. Pursuant to Local Rule 7(m), the parties conferred and Plaintiff's counsel consented oppose this motion. A scheduling order has not been entered in this case.

There is good cause to grant this motion. Ms. Adams sues under the Rehabilitation Act of 1973, as amended, complaining that Defendant unlawfully denied her the right to become a Foreign Service Officer after she informed Defendant of her breast cancer diagnosis. The alleged unlawful action  took place in 2003. Defendant filed a motion to dismiss or, in the alternative, for summary judgment on September 16, 2005. See Dkt No. 6. In response to Defendant's dispositive motion, on November 8, 2005, Ms. Adams filed a motion for leave to file an amended complaint. See Dkt No. 10. In response to Ms. Adams' motion for leave,

Defendant indicated that she could amend her complaint as of right because Defendant has not filed a responsive pleading in response to her original complaint.  See Dkt No. 12.  Then, on November 25, 2005, Ms. Adams filed a Rule 56(f) motion for discovery.  See Dkt No. 13.  Before Defendant could respond to the discovery motion,  Ms. Adams filed her opposition to Defendant's dispositive motion on December 1, 2005.  See Dkt No. 16.

Subsequently, on December 8, 2005, the Court granted Ms. Adams' motion for leave to file her amended complaint.  See Minute Order of Dec. 8, 2005.  By operation of Fed. R. Civ. P. 15 and  Local Rule 7(i), Defendant's response to Ms. Adams' Amended Complaint is due on December 26, 2005.

Ms. Adams's Amended Complaint partially moots Defendant's dispositive motion (Dkt No. 6) and her own discovery motion (Dkt No. 13).  Defendant is in the process of evaluating Ms. Adams' Amended Complaint and Defendant needs additional time to complete that process.  Moreover, additional time is needed to accommodate the intervening holidays and undersigned's holiday travel and training schedule.  Specifically, the undersigned is scheduled to travel out of town for the holidays until December 26, 2006.  Thereafter, the undersigned in scheduled to travel to the National Advocacy Center, in South Carolina, for Appellate Advocacy training, from January 9, 2006, to January 16, 2006.

For these reasons, the Court should grant Defendant's consent motion for an extension time from December 26, 2005, to January 26, 2006, for Defendant to respond to Ms. Adams' Amended Complaint.

Dated:  December 20, 2005.                    Respectfully Submitted,

          /s/
KENNETH L. WAINSTEIN, D.C. BAR #451058
United States Attorney


          /s/
R. CRAIG LAWRENCE, D.C. BAR #171538
Assistant United States Attorney

          /s/
JOHN C. TRUONG, D.C. BAR #465901
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 307-0406

Attorneys for Defendant

Case 1:05-cv-00941-EGS   Document 17   Filed 12/21/2005   Page 3 of 4

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|   |   |
|---|---|
| KATHY E. ADAMS, | ) |
| Plaintiff, | ) |
| v. | ) Civil No.: 05-941 (EGS) |
|   | )       ECF |
| CONDOLEEZA RICE, | ) |
| Defendant. | ) |

**[PROPOSED] ORDER GRANTING DEFENDANT'S CONSENT**
**MOTION FOR AN EXTENSION OF TIME**

Upon consideration of Defendant's Consent Motion for an Extension of Time and the entire record herein, it is this _____ day of _____, 2005,

ORDERED that Defendant's Consent Motion for an Extension of Time be and is hereby GRANTED; it is

FURTHER ORDERED that Defendant shall have up to and including January 26, 2006, to respond to Plaintiff's Amended Complaint.

SO ORDERED.

_____
U.S. District Judge