UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| KATHY E. ADAMS, | ) |
| Plaintiff, | ) |
| v. | ) Civil No.: 05-941 (EGS) |
|  | ) ECF |
| CONDOLEEZA RICE, | ) |
| Defendant. | ) |

**DEFENDANT'S MOTION FOR
AN EXTENSION OF TIME**

Pursuant to Fed. R. Civ. P. 6(b), Defendant Condoleeza Rice, Secretary, United States Department of State, in her official capacity, hereby moves for an extension of time from January 26, 2006, to February 26, 2006, to respond to Plaintiff Kathy E. Adams' Amended Complaint. The deadline for Defendant to respond to Ms. Adams' Amended Complaint is on January 26, 2005. Pursuant to Local Rule 7(m), the parties conferred and Plaintiff's counsel does not consent to this motion but will not file an opposition. A scheduling order has not been entered in this case.

There is good cause to grant this motion. Ms. Adams sues under the Rehabilitation Act of 1973, as amended, complaining that Defendant unlawfully denied her the right to become a Foreign Service Officer after she informed Defendant of her breast cancer diagnosis. The alleged unlawful action took place in 2003. Defendant filed a motion to dismiss or, in the alternative, for summary judgment on September 16, 2005. See Dkt No. 6. In response to Defendant's dispositive motion, on November 8, 2005, Ms. Adams filed a motion for leave to

file an amended complaint.  See Dkt No. 10.  In response to Ms. Adams' motion for leave, Defendant indicated that she could amend her complaint as of right because Defendant has not filed a responsive pleading in response to her original complaint.  See Dkt No. 12.  Then, on November 25, 2005, Ms. Adams filed a Rule 56(f) motion for discovery.  See Dkt No. 13.  Before Defendant could respond to the discovery motion, Ms. Adams filed her opposition to Defendant's dispositive motion on December 1, 2005.  See Dkt No. 16.

Subsequently, on December 8, 2005, the Court granted Ms. Adams' motion for leave to file her amended complaint.  See Minute Order of Dec. 8, 2005.  By operation of Fed. R. Civ. P. 15 and Local Rule 7(i), Defendant's response to Ms. Adams' Amended Complaint was due on December 26, 2005.  Ms. Adams's Amended Complaint partially moots Defendant's dispositive motion (Dkt No. 6) and her own discovery motion (Dkt No. 13).[1]

On December 21, 2006, Defendant moved for an extension of time until January 26, 2006, to complete evaluating Ms. Adams' Amended Complaint in order to respond to her new claims.  Defendant also explained that the additional time was needed to accommodate the intervening holidays and the undersigned's holiday travel and training schedules.  Specifically, the undersigned was out of town for the holidays until December 26, 2006, and was at the National Advocacy Center, in South Carolina, for Appellate Advocacy training, from January 9, 2006, to January 16, 2006.

At present, because of other work commitment Defendant has not completed the evaluation process of the new claims alleged in the Amended Complaint.  As such, Defendant needs the additional time to complete that process.  More importantly, the additional time is

---

[1] To date, the Court has not ruled on these two motions.

needed to accommodate both agency counsel's and the undersigned's other work commitments. Specifically, agency counsel's office has several recent departures and agency counsel needs to cover an unexpected additional workload. Agency counsel played an instrumental role in preparing Defendant's initial motion for summary judgment and will play an integral part for the upcoming response to the Amended Complaint. Furthermore, due to other work commitments, the undersigned also needs the additional time evaluate Ms. Adams' Amended Complaint and prepare an appropriate response to it. In fact, Defendant intends to file another dispositive motion in response to Ms. Adams' Amended Complaint, in lieu of an answer.

Accordingly, Defendant proposes that the Court set the following briefing schedule for this case:

1. Defendant's Dispositive Motion      February 27, 2006

2. Plaintiff's Opposition              March 27, 2006

3. Defendant's Reply                   April 10, 2006.[2]

For these reasons, the Court should grant Defendant's motion for an extension time and set the above-proposed schedule for the parties to litigate this case.

Dated: January 26, 2006.           Respectfully Submitted,

                                   /s/
                                   KENNETH L. WAINSTEIN, D.C. BAR #451058
                                   United States Attorney


                                   /s/
                                   R. CRAIG LAWRENCE, D.C. BAR #171538
                                   Assistant United States Attorney

---

[2] Defendant sought consent from Plaintiff's counsel for this proposed briefing schedule, but Plaintiff's counsel does not consent.

3

                                        /s/
_____
JOHN C. TRUONG, D.C. BAR #465901
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 307-0406

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

|  |  |
|---|---|
| KATHY E. ADAMS, | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| v. | ) Civil No.: 05-941 (EGS) |
|  | )       ECF |
| CONDOLEEZA RICE, | ) |
|  | ) |
| Defendant. | ) |

**[PROPOSED] ORDER GRANTING DEFENDANT'S**
**MOTION FOR AN EXTENSION OF TIME**

Upon consideration of Defendant's Motion for an Extension of Time and the entire record herein, it is this _____ day of _____, 2006,

ORDERED that Defendant's Consent Motion for an Extension of Time be and is hereby GRANTED; it is

FURTHER ORDERED that Defendant shall have up to and including February 27, 2006, to file a dispositive motion in response to Plaintiff's Amended Complaint; Plaintiff shall have up to and including March 27, 2006 to file her opposition; and Defendant shall have up to and including April 10, 2006, to file a reply.

SO ORDERED.

_____
U.S. District Judge