UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| KATHY E. ADAMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No.: 05-941 (EGS) |
| ) | ECF |
| CONDOLEEZA RICE, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**DEFENDANT'S CONSENT MOTION FOR
AN EXTENSION OF TIME**

Pursuant to Fed. R. Civ. P. 6(b), Defendant Condoleeza Rice, Secretary, United States Department of State, in her official capacity, hereby moves for an extension of time from February 27, 2006, to March 7, 2006, to respond to Plaintiff Kathy E. Adams' Amended Complaint. The deadline for Defendant to respond to Ms. Adams' Amended Complaint is on February 27, 2005. Pursuant to Local Rule 7(m), the parties conferred and Plaintiff's counsel consented to this motion. A scheduling order has not been entered in this case.

There is good cause to grant this motion. The undersigned is co-counsel in a case that is going to trial from February 27, 2006, through March 3, 2006. See George v. Johnson, Civ. No. 01-654 (D.D.C.) (Robertson, J.). The undersigned was assigned to serve as co-counsel for this trial *after* the undersigned proposed the briefing deadline to the Court. Defendant fully intended to respond to the Amended Complaint by February 27, 2006; however, the preparation for the trial has consumed more time than initially anticipated. The undersigned has been devoting a substantial amount of time to become familiar with the facts and issues in preparation for trial.

     For the foregoing reasons, Defendant respectfully moves the Court for a 9-day extension of time for Defendant to respond to the Amended Complaint.

Dated: February 24, 2006.                              Respectfully Submitted,

                                                        /s/
KENNETH L. WAINSTEIN, D.C. BAR #451058
United States Attorney


                                                        /s/
R. CRAIG LAWRENCE, D.C. BAR #171538
Assistant United States Attorney

                                                        /s/
JOHN C. TRUONG, D.C. BAR #465901
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C.  20530
(202) 307-0406

Attorneys for Defendant

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| KATHY E. ADAMS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil No.: 05-941 (EGS) |
| | )         ECF |
| CONDOLEEZA RICE, | ) |
| | ) |
| Defendant. | ) |

**[PROPOSED] ORDER GRANTING DEFENDANT'S CONSET
MOTION FOR AN EXTENSION OF TIME**

Upon consideration of Defendant's Consent Motion for an Extension of Time and the entire record herein, it is this_____day of _____, 2006,

ORDERED that Defendant's Consent Motion for an Extension of Time be and is hereby GRANTED; it is

FURTHER ORDERED that Defendant shall have up to and including March 7, 2006, to respond to Plaintiff's Amended Complaint.

SO ORDERED.

_____

U.S. District Judge