UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KATHY E. ADAMS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Civil Action No. 1:05CV00941(EGS) |
| v. | ) |
| | )ECF |
| CONDOLEEZZA RICE, in her capacity as | ) |
| United States Secretary of State, | ) |
| | ) |
| Defendant. | ) |

**DEFENDANT'S STATEMENT OF MATERIAL FACTS FOR WHICH THERE IS NO DISPUTE IN SUPPORT OF HER MOTION FOR SUMMARY JUDGMENT**

Pursuant to Local Rules 7(h) and 56.1, Defendant Condoleezza Rice, Secretary, U.S. Department of State, in her official capacity, submits the following statement of material facts as to which there is no genuine issue in support of her Motion to Dismiss or, in the alternative, for Summary Judgment:

1.     The State Department has established a health care program to promote and maintain the physical and mental health of members of the U.S. Foreign Service. Declaration of Dr. Laurence G. Brown, Director of the Office of Medical Services ("Brown Decl.") at ¶ 2 (Exh. 1). See also 22 U.S.C. § 4084(a); .

2.     Applicants to the Foreign Service must undergo medical examinations to determine whether they are worldwide available. Brown Decl. at ¶ ¶ 8 (Exh. 1). See also 22 U.S.C. § 4084(b)(1). The Service's medical examination is comprehensive and includes tests for many conditions. Brown Decl. at ¶ 8 (Exh. 1).

      3.      Plaintiff Kathy E. Adams was diagnosed with Stage 1 breast cancer in August 2003, during the course of her application to become a Foreign Service Officer.  A. C. at ¶ 11.

      4.      Standard treatment guidelines for breast cancer emphasize the need for close monitoring during the first five years following diagnosis, during which period there is a heightened risk of recurrence.  Brown Decl. at ¶ 15 (Exh. 1).

      5.      Ms. Adams' instructions from her physician were to have a physical examination every six months for five years.  Kathy E. Adams' December 5, 2003 Letter (Exh. 10); Dr. Mark A. O'Rourke's November 19, 2003 Letter (Exh. 9).

      6.      Ms. Adams was (and is) taking the medication Tamoxifen for at least five years. Ms. Adams' December 5, 2003 Letter (Exh. 10); O'Rourke's November 19, 2003 Letter (Exh. 9).  Tamoxifen can increase the risk of endometrial cancer (uterine cancer), tumors in the uterus, and thromboembolism (blood clots).  Brown Decl. at ¶ 16 (Exh. 1)

      7.      Monitoring Ms. Adams' condition regularly is crucial, because early recognition of cancer provides a window for useful intervention and cure.  The longer a recurrence of cancer goes unrecognized, the lower are chances for a less radical treatment or cure.  In addition, thromboembolism is life-threatening.  Brown Decl. at ¶ 19 (Exh. 1).

      8.      The Office of Medical Services of the Department of State did not give Ms. Adams the necessary medical clearance for worldwide availability.  <u>See</u> December 12, 2003 Letter (Exh. 11).

      9.      Ms. Adams's application for a waiver of worldwide availability requirement for entry into Foreign Service was denied because it was not in the best interest of the Foreign Service.  <u>See</u> Bruce Cole's March 29, 2004 Letter (Exh. 12).

10. Department of State regulations prohibit overseas medical travel for routine medical appointments. Brown Decl. at ¶ 21 (Exh. 1). This is for reasons of safety, because medical TDY ("temporary duty") travel is extremely expensive, and because of the impact it would have on overseas missions if employees left regularly for several days at a time to attend medical appointments. Brown Decl. at ¶¶ 20-25 (Exh. 1); Declaration of John M. O'Keefe Declaration (O'Keefe Decl.) ¶ 10 (Exh. 2).

11. In 2003, approximately 47 percent of all overseas Foreign Service posts lacked the medical health facilities and health care providers to provide Ms. Adams' required monitoring. Memorandum to the Employment Review Committee, March 23, 2004 (Exh. 8). At present, roughly 50 percent of all posts can provide this monitoring. Brown Decl. at ¶ 26.

12. Worldwide availability is an essential function of the Foreign Service. O'Keefe Decl. at ¶ 11.

Dated: March 7, 2006.                    Respectfully Submitted,

                                                              /s/
                                       KENNETH L. WAINSTEIN, D.C. BAR #451058
                                       United States Attorney

                                                              /s/
                                       R. CRAIG LAWRENCE, D.C. BAR #171538
                                       Assistant United States Attorney

                                            /s/
                            JOHN C. TRUONG, D.C. BAR #465901
                            Assistant United States Attorney
                            555 Fourth Street, N.W.
                            Washington, D.C.  20530
                            (202) 307-0406

                            Attorneys for Defendant