# EXHIBITS

## Table of Contents

| Exhibit No. | Document |
|---|---|
| 1 | Declaration of Dr. Laurence G. Brown |
| 2. | Declaration of John M. O'Keefe |
| 3. | Declaration of Phillippe A. Lussier |
| 4. | May 20, 2005 Letter withdrawing EEO hearing request and Order |
| 5. | 3 FAM 1931.3 – Medical Clearance Classifications |
| 6. | 3 FAM 1930 – Medical Examination and Clearance |
| 7. | September 25, 2003 Letter informing Ms. Adams of her eligibility for appointment to the Foreign Service |
| 8. | Formal Complaint of Discrimination |
| 9. | November 19, 2003 Letter from Dr. Mark A. O'Rourke |
| 10. | December 5, 2003 Letter from Ms. Adams to Ms. Forsman |
| 11. | December 12, 2003 Letter denying Ms. Adams medical clearance |
| 12. | Declaration of Bruce L. Cole |
| 13. | Memorandum to Employee Review Committee (March 23, 2004) |
| 14. | March 29, 2004 Letter denying waiver of worldwide availability |
| 15. | October 10, 2003 E-mail Correspondence regarding Ms. Adams' condition |
| 16. | Ms. Adams' Statement of Interest. |
| 17. | October 10, 2003 E-mail Correspondence from Ms. Adams to Ms. Evans |