**SWICK & SHAPIRO, P.C.**
ATTORNEYS AT LAW
1225 EYE STREET, N.W., SUITE 1290
WASHINGTON, D.C. 20005

(202) 842-0300
FAX (202) 842-1418

May 20, 2005

**VIA FACSIMILE (Fax # 202-419-0701) & U.S. MAIL**

Hon. Joel A. Kravetz
Administrative Judge
U.S. Equal Employment Opportunity Commission
Washington Field Office
1801 L Street, N.W., Suite 100
Washington, D.C. 20507

Re:   *Kathy Adams v. Condoleezza Rice*
      EEOC Case No.      100-2005-00193X
      Agency Case Nos.   DOS-F-060-04

Dear Judge Kravetz:

Please be advised that we have filed a complaint in the United States District Court for the District of Columbia, on behalf of our client, Kathy Adams, with regard to the claims in the above-referenced EEO complaint. Therefore, on Ms. Adams' behalf, we hereby withdraw her request for a hearing in the above-referenced administrative matter, and ask that you return the file to the agency.

Should you have any questions, please do not hesitate to contact us.

Very truly yours,

David H. Shapiro

cc:   John Kim
      Assistant Legal Adviser, L/EMP
      VIA FACSIMILE TO (202) 647-6794

      Mary Do, Esq.
      Section Chief
      Complaints Management Division
      VIA FACSIMILE TO (202) 647-4969



GOVERNMENT EXHIBIT 4

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION
### WASHINGTON FIELD OFFICE
1801 L Street, N.W., Suite 100
Washington, D.C. 20507-1002

| | |
|---|---|
| Kathy Adams,<br>    Complainant,<br><br>v.<br><br>Condoleezza Rice,<br>Secretary,<br>Department of State,<br>    Agency. | EEOC No. 100-2005-00193X<br><br><br><br>Agency No. DOS-F-060-04<br><br>Date: May 24, 2005 |

### ORDER

On consideration of the attached Notice indicating that Complainant filed a civil action in United States District Court for the District of Columbia regarding the above-captioned matter, I **DISMISS** the above-captioned matter from the administrative EEO process at the request of Complainant's representative, and pursuant to 29 C.F.R. §§ 1614.107(a)(3); 109(b)(2004).

Pursuant to revisions to EEOC's regulations, we no longer return copies of the Report of Investigation ("ROI") to Agencies. We will hold our copy of the ROI for ten days, during which time the Agency may arrange to pick it up by calling Kimberly Byrd at (202) 419-0705. If we do not hear from the Agency within 10 days, we will destroy our copy of the ROI.

It is so **ORDERED**.

For the Commission:

Joel A. Kravetz
Administrative Judge
Telephone: (202) 419-0723
Facsimile: (202) 419-0701
Electronic Mail: joel.kravetz@eeoc.gov

## CERTIFICATE OF SERVICE

For timeliness purposes, it shall be presumed that the parties received the foregoing ORDER within five (5) calendar days after the date it was sent *via* first class mail, or the same day if sent via facsimile, as set forth below. I certify that on **May 24, 2005**, the foregoing **ORDER** was sent *via* first class mail or facsimile, as set forth below, to the following:

Kathy Adams c/o
David H. Shapiro
Swick & Shapiro, P.C.
Attorneys at Law
1225 Eye Street, N.W. Suite 1290
Washington, D.C. 20005
VIA FACSIMILE to (202) 842-1418

John Kim
Assistant Legal Adviser, L/EMP
Department of State
Washington, D.C.
VIA FACSIMILE to (202) 647-6794

Mary Do, Esq.
Section Chief
Complaints Management Division
Department of State
Washington, D.C.
VIA FACSIMILE to (202) 647-4969

Barbara S. Pope c/o Gloria Slater (EEO Assistant)
Assistant Secretary, Office of EEO and Civil Rights
United States Department of State
Office of Equal Employment Opportunity and Civil Rights
2201 C Street, NW
Room 7428
Washington, D.C. 20520

Joel A. Kravetz
Administrative Judge