Case 1:05-cv-00941-EGS  Document 24-8  Filed 03/07/2006  Page 1 of 1
U.S. Department of State Foreign Affairs Manual Volume 3 – Per:

ATTACHMENT 5
Investigator's # 24

f.  A medical clearance for individuals assigned abroad is valid for two years or the length of the tour, whichever is longer, unless there is a change in the individual's medical condition that could affect his or her medical clearance.  A valid medical clearance or waiver must be maintained for each employee and eligible family member while located abroad.  For medical review and waiver see 3 FAM 1931.3-2.

g.  Class 2 Medical Clearance (Limited Clearance for Assignment Abroad) is only valid for the post to which the individual is assigned.  If an individual with a Class 2 clearance is to be transferred directly to another post, the clearance section of MED must be informed by the employee or the employee's agency of the planned direct transfer and receive post specific approval directly from DGHR/MED Clearance Section prior to transfer.

### 3 FAM 1931.3-1 Medical Clearance Classifications for Applicants, Employees, and Eligible Family Members (Classes 1, 5, and 7 pertain to applicants and eligible family members)

(TL:PER-443;  05-23-2002)
(Uniform/State/USAID/Commerce/Foreign Service Corps – USDA/BBG)
Applies to Civil Service and Foreign Service Employees)

The Clearance Classifications are:

(1) Class 1–UNLIMITED CLEARANCE FOR WORLDWIDE ASSIGNMENT–Issued to examinees who have no identifiable medical conditions that would limit assignment abroad;

(2) Class 2–LIMITED CLEARANCE FOR ASSIGNMENT ABROAD–Issued to examinees who have a medical condition that requires periodic and/or specialized medical evaluation or treatment, or whose medical condition would be aggravated by conditions at specific posts.  The Office of Medical Services determines approval for assignment to a specific post based on the criteria above;

(3) Class 5–NOT CLEARED FOR ASSIGNMENT ABROAD–Issued to examinees who have a medical condition which is incapacitating or for which necessary specialized medical care is best obtained in the United States.  Employees or eligible family members with a Class 5 medical clearance may not be assigned outside the United States;


GOVERNMENT EXHIBIT 5