# 3 FAM 1930
# MEDICAL EXAMINATION AND CLEARANCE

*(TL:PER-457; 11-22-2002)*
*(Office of Origin DGHR/MED)*

## 3 FAM 1931  MEDICAL EXAMINATION

*(TL:PER-457; 11-22-2002)*
*(Uniform/State/USAID/Commerce/Foreign Service Corps – USDA/BBG)*
*(Applies to Civil Service and Foreign Service Employees)*

A medical examination shall be conducted to determine if a candidate or employee and his or her eligible family member(s) *have* any physical or mental conditions which may require medical management, follow-up monitoring and which could affect assignment abroad.  See 3 FAM 1912 paragraph b.

## 3 FAM 1931.1  Medical Examination and Clearance for Foreign Service Candidates and Eligible Family Members (Pre-Employment)

*(TL:PER-443; 05-23-2002)*
*(Uniform/State/USAID/Commerce/Foreign Service Corps – USDA/BBG*
*(Applies to Civil Service and Foreign Service Employees*

　　a.  MED is responsible for establishing the pre-employment medical standards and issuing medical clearance determinations.  See 22 CFR 11.1(e)(4); and 5 CFR Part 339, Subpart, B and C.

　　b.  All candidates who have received conditional offers of employment in the Foreign Service must, along with eligible family member(s), receive a medical examination and be issued a medical clearance. If the candidate does not receive a Class 1 (Unlimited Clearance for Worldwide Assignment) classification, the candidate will be issued a class V (Disqualified for Medical Reasons) classification.  The candidate may request from the hiring agency an administrative waiver of the medical standards for employment.

　　c.  A pre-employment medical clearance is valid for two years from the date of issuance unless there is a change in the candidate's medical condition.  If the candidate does not enter on duty within two years of receiving the medical clearance, this clearance becomes void and a new medical evaluation and clearance action will be required.

GOVERNMENT EXHIBIT 6

    d.  The candidate is responsible for reporting to the Office of Medical Services (M/DGHR/MED) any changes in his or her own or his or her eligible family members' medical condition(s) that could affect appointment to the Foreign Service or assignment abroad.  The candidate should make his or her report on the Form DS-3057, Medical Clearance Update.

    e.  MED may authorize payment for additional testing by issuing an Form DS-616, Authorization for Medical Tests and/or Consultations, which notifies the candidate that additional medical information is required prior to making a clearance decision.

    f.  The appropriate agency and candidate are notified by Form DS-823, Abstract of Medical Report of the candidate's and eligible family member(s)' medical clearance classification.  This is a multiple carbon printed card, and can not be filled out electrically.

## 3 FAM 1931.2  Waiver of Pre-Employment Standards

(TL:PER-457;  11-22-2002)
(Uniform/State/USAID/Commerce/Foreign Service Corps – USDA/BBG)
(Applies to Civil Service and Foreign Service Employees)

    a.  *When requested and authorized by the candidate, the Director General of the Foreign Service (DG) or a Deputy Assistant Secretary of Human Resources as the Director General's delegatee will review the case of any Department of State Foreign Service candidate who has been denied an unlimited medical clearance for assignment worldwide, and determine whether or not the candidate should be appointed despite the medical disqualification.*

    b.  *A waiver will only be granted if it is found to be in the best interest of the Service. In considering whether or not to grant a waiver, the DG or his or her delegatee will take into account factors including, but not limited to, the following:*

    *(1) What percentage of posts is the candidate currently available to be assigned?;*

    *(2) Is the disqualifying condition considered permanent and/or temporary in nature? (i.e., Is it likely that in the future the percentage of posts to which the candidate can be assigned will remain the same or increase or decrease);*

    *(3) What is the nature of the specific position for which the candidate is applying? (e.g., Will this person be a specialist with skills the Foreign Service is in great need of at this time? How many posts have this type of position and where are those posts generally located?); and*

    *(4) Does this candidate otherwise possess some extraordinary skill or experience the value of which would outweigh her or his inability to be assigned worldwide?*

      c. *Decisions of the DG or his or her delegatee are final and are not subject to further appeal by the candidate.*