

United States Department of State

*Washington, D.C. 20520*

2ND Candidacy

September 25, 2003

Ms. Kathy Adams
212 Kennedy Lane
Piedmont, SC 29673

Dear Ms. Adams:

On behalf of the Board of Examiners for the Foreign Service, I am pleased to inform you that you are now eligible for appointment to the Foreign Service as a Junior Officer. Your name has been added to the **Consular** register of those awaiting appointment.

The Registrar's Office utilizes this register to offer appointments to the Foreign Service. The names on the register are rank-ordered. A candidate's rank is based on his or her performance in the various stages of the selection process.

A confirmed offer of appointment is dependent on a variety of factors, to include budgetary constraints, hiring needs, and your position on the register relative to other candidates.

Your name will remain on the register for a period of 18 months from the date of this letter. If after 18 months, you have not been appointed to the Foreign Service, your name will be removed from the register, and you will have to begin the selection process again if you wish to join the Foreign Service. (If you wish to terminate your candidacy, rather than remaining on the register, please send us a short statement to that effect.)

A maximum of one, two-year extension may be granted to Entry Level Officer candidates, who are spouses of Foreign Service Officers who are currently assigned overseas, for time spent on required active or reserve military duty or in U.S. civilian government service abroad, including Peace Corps volunteer service. Extensions may not be granted to persons who enlist or re-enlist in military or initiate civilian obligations during their eligibility period. Requests for an extension on any other basis will be considered on a case by case basis to be decided by the Director, HR/ REE.

The Registrar's Office urges you to consider in advance whether you intend to join the Foreign Service if you receive an offer of appointment.

You should notify the Registrar's Office in writing of any change of address or telephone number. You should also inform the Registrar's Office of changes in your marital, family or employment status. Please submit any changes of information to the address presented below:

GOVERNMENT EXHIBIT 7

-2-

U.S. Department of State
Registrar's Office – 5th Floor
2401 E Street, N.W.
Washington, D.C. 20522-01515
ATTN: Junior Officer Program

For questions concerning your employment status, you can contact the Registrar's Office.

**Junior Officer Program**:

**Management** and **Consular** candidates: Ms. Patricia Evans, (202) 261-8917 or via email: evanspa@state.gov.

**Political** candidates: Ms. Subrena Tumblin, (202) 261-8864 or via email: tumblinsr@state.gov.

**Economic** or **Public Diplomacy** candidates: Ms. Tamale Walton, (202) 261-8852 or via email: waltontc@state.gov.

All candidates may also call Ms. Jackeline Chavez, (202) 261-8861 or via email: chavezj@state.gov.

If you have general questions about the Foreign Service you may also contact your Foreign Service mentors, Mr. Don Pierson at (202) 261-8920 or via email: piersondc@state.gov. or Mr. Kenneth Shivers at (202) 261-8956 or via email: shiversk@state.gov.

Again, please accept our congratulations on your accomplishment. We look forward to working with you on the steps to employment.

Sincerely,

Patricia Evans
Human Resources Specialist
Board of Examiners
    for the Foreign Service