FILED UNDER SEAL


GOVERNMENT EXHIBIT 8

Formal Complaint of Discrimination

FILED UNDER SEAL

GOVERNMENT EXHIBIT 9

November 19, 2003 Letter from Dr. Mark A. O'Rourke

FILED UNDER SEAL

GOVERNMENT EXHIBIT 10

December 5, 2003 Letter from Ms. Adams to Ms. Forsman