**United States Department of State**

*Office of Medical Services*
*Department of State and the Foreign Service*
*Washington, D.C. 20520*

December 12, 2003

#69946

Kathy E. Adams
212 Kennedy Lane
Piedmont, SC 29673-9402

Dear Ms. Adams:

Thank you for your interest in working for the Department of State. As part of the screening process you have had a clearance physical examination to determine your availability for overseas service. The Department requires that you be worldwide available. That means you must be medically qualified to go to any of over 200 posts around the world, even though your assignment will be to one specific post.

The Office of Medical Services has carefully reviewed your examination and laboratory data. We have determined that you are not worldwide available, and have given you a class 5 clearance (not available for worldwide duty). This may be because of an active illness or condition that requires medical follow-up or treatment not available in some areas where we have missions overseas. It is also possible that you have a condition that is currently stable or inactive, but which requires certain follow-up testing not available worldwide.

You have the right to request a waiver of the requirement that you be worldwide available by contacting the career development officer or specific office in the Department of State that has been handling your application. A waiver will be granted only if it is found to be in the best interest of the Service. You should understand that waivers are rarely granted, and then only in situations where there is a genuine service need for skills a candidate may possess.

For further advice regarding the waiver process, please contact your Human Resources Officer. If you do not have the name, you may call the Board of Examiners/Human Resource Office, Department of State at 202-261-8888.

Sincerely:

Dr. Laurence Brown / R7

Laurence G. Brown, MD
Medical Director

GOVERNMENT EXHIBIT 11