FILED UNDER SEAL

GOVERNMENT EXHIBIT 13

Memorandum to Employee Review Committee