

United States Department of State

Washington, D.C. 20520

March 29, 2004

Ms. Kathy Adams
212 Kennedy Lane
Piedmont, SC 29673-9402

Dear Ms. Adams:

On behalf of the Director General of the Foreign Service, the Deputy Assistant Secretary for Human Resources has reviewed your request for a waiver of the worldwide availability requirement for entry into the Foreign Service. I regret to inform you that your request has been denied.

In determining whether a waiver should be granted, the Deputy Assistant Secretary takes into account factors including, but not limited to, the following:

- What percentage of posts is the candidate currently available to be assigned to?
- Is the disqualifying condition considered permanent/temporary in nature? (i.e. is it likely that in the future the percentage of posts to which the candidate can be assigned will remain the same/increase)?
- What is the nature of the specific position the candidate is applying for (i.e., will this person be a specialist with skills the Foreign Service is in great need of at this time; how many posts have this type of position and where are those posts generally located)?
- Does this candidate otherwise possess some extraordinary skill or experience the value of which would outweigh his/her inability to be assigned worldwide?

In this case, the Deputy Assistant Secretary has concluded that the granting of a waiver would not be in the best interest of the Foreign Service.

Notwithstanding the Deputy Assistant Secretary's decision, we continue to be impressed by your professional qualifications and your desire to join the Foreign Service, and wish you every success in your future endeavors.

Sincerely,

Bruce Cole
Deputy Director
Office of Recruitment,
  Examination, and Employment

GOVERNMENT EXHIBIT 14