FILED UNDER SEAL

GOVERNMENT EXHIBIT 15

October 10, 2003 E-mail Correspondence Regarding Ms. Adams' Condition