Adams, Kathy E.


## Statement of Interest

While I was traveling in China in 1993, a young saleswoman leaned over a jewelry counter and inquired, "You are American?" I smiled and replied, "Yes." *Sotto voce* she declared, "You are free!" I would never again take for granted my American heritage or any symbol of the prestige of the United States. The profound effect of that encounter rekindled my interest in the Foreign Service as a daily opportunity to promote ideals enumerated by Franklin D. Roosevelt in 1941 to prepare the country to fight Nazism:

> . . . we look forward to a world founded upon four essential human freedoms. The first is freedom of speech and expression—everywhere in the world. The second is freedom of every person to worship God in his own way—everywhere in the world. The third is freedom from want . . . everywhere in the world. The fourth is freedom from fear . . . anywhere in the world.

The United States is a country, but *America* is a state of mind—a goal we still strive to reach both at home and abroad. Recent events have convinced me that furthering that aspiration requires more than staying abreast of world events and participating actively in the political process; I want to make it my profession.

I have long considered a career overseas in public service. My formal education includes courses in five foreign languages and international political science, history, geography, literature, art, and music. I passed the Foreign Service Written Exam for the first time in December 1979 and became eligible for appointment as a Diplomatic Security Officer in 1992. The intervening years have imbued me with the wisdom and confidence of a pragmatic troubleshooter, qualities essential to a competent Consular Affairs Officer. Practicing law inculcated strict rule observance while working resolutely within the system to facilitate change. I handled an unusually diverse caseload and supervised the business, financial, and legal aspects of founding a law partnership in 1989 before losing my home during Hurricane Hugo.

After Hugo, I used my faculty for persuasive communication to start a new life as a corporate trainer and management consultant. Twelve years of consulting projects with a wide variety of organizations honed my innate capacities for leadership, negotiation, quick thinking, and implementation of tailored, team-oriented solutions. I learned to listen empathetically, view the world with a mature appreciation of its complexities, and manage change effectively. I can now efficiently dissect daunting problems into tractable components by analyzing their causes, assessing the risks presented, setting priorities, establishing clear performance standards, and measuring adherence to them. I have received countless outstanding commendations on my ability to teach investigative skills, precise diagnosis and correction of system deficiencies, and proactive, cost-effective decision making and can deftly apply these proficiencies for the benefit of American and foreign nationals and embassies to which I am assigned.

A seasoned business and leisure traveler, I have continually demonstrated the flexibility to adapt gracefully to new people and circumstances, generate goodwill, and maintain my equilibrium and sense of humor. I relish immersion in different cultures and am sensitive to the impact of the projection of American power, having experienced its positive and negative effects firsthand in foreign lands. Friends, colleagues, and clients often exploit my talent in arranging meetings and travel activities, tasks I truly enjoy. As a former disaster victim who also teaches emergency management, I would reap immense reward in alleviating suffering occasioned by natural and man-made catastrophes. The foremost reason for my interest, however, is the unique environment the Foreign Service presents for channeling my passion to realize the world Roosevelt described, where no one has to whisper about freedom.



GOVERNMENT EXHIBIT
16