FILED UNDER SEAL

GOVERNMENT EXHIBIT 17

October 10, 2003 E-mail Correspondence from Ms. Adams to Ms. Evans