UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| KATHY E. ADAMS, | ) |
|  | ) |
| Plaintiff, | ) |
|  | ) |
| v. | ) Civil No.: 05-941 (EGS) |
|  | )       ECF |
| CONDOLEEZA RICE, | ) |
|  | ) |
| Defendant. | ) |

**DEFENDANT'S CONSENT MOTION FOR
AN EXTENSION OF TIME**

Pursuant to Fed. R. Civ. P. 6(b), Defendant Condoleeza Rice, Secretary, United States Department of State, in her official capacity, hereby moves for an extension of time from March 30, 2006, to April 14, 2006, to file Defendant's Reply Brief. The deadline for Defendant to file its Reply is on March 30, 2006. Pursuant to Local Rule 7(m), the parties conferred and Plaintiff's counsel consented to this motion. A scheduling order has not been entered in this case.

There is good cause to grant this motion. On March 20, 2006, Ms. Kathy Adam filed her Opposition to Defendant's Motion to Dismiss or, in the alternative, for Summary Judgment. By operation of Local Rule 7(d) and Fed. R. Civ. P. 6(a), the deadline for Defendant file its Reply Brief falls on March 30, 2006. Defendant fully intended to comply with this deadline; however, the undersigned has been devoting a substantial amount of time in preparing witnesses for depositions and defending those depositions for most of last week in another case.

Moreover, the undersigned has also devoted more time than anticipated in preparing for

1

mediation before Magistrate Judge Kay in another matter. The undersigned recently inherited the matter from a departing Assistant U.S. Attorney. For these reasons, the undersigned has not had an opportunity to confer with agency counsel to respond to Ms. Adams' Opposition. Agency counsel's assistance is essential as she played an integral role in preparing Defendant's dispositive motion. More importantly, additional time is needed so that the undersigned could prepare and circulate the draft Reply Brief for client and supervisory review prior to filing it with the Court.

For the foregoing reasons, the Court should grant this consent motion for an extension of time from March 30, 2006, to April 14, 2006, for Defendant to file its Reply Brief.

Dated: March 27, 2006.                     Respectfully Submitted,


                                           _____//s//_____
                                           KENNETH L. WAINSTEIN, D.C. BAR #451058
                                           United States Attorney


                                           _____//s//_____
                                           RUDOLPH CONTRERAS, D.C. BAR #434122
                                           Assistant United States Attorney

                                           _____//s//_____
                                           JOHN C. TRUONG, D.C. BAR #465901
                                           Assistant United States Attorney
                                           555 Fourth Street, N.W.
                                           Washington, D.C. 20530
                                           (202) 307-0406

                                           Attorneys for Defendant

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

2

```
_____
                               )
KATHY E. ADAMS,                )
                               )
    Plaintiff,                 )
                               )
    v.                         ) Civil No.: 05-941 (EGS)
                               )        ECF
CONDOLEEZA RICE,               )
                               )
    Defendant.                 )
_____)
```

### [PROPOSED] ORDER GRANTING DEFENDANT'S CONSENT MOTION FOR AN EXTENSION OF TIME

Upon consideration of Defendant's Consent Motion for an Extension of Time and the entire record herein, it is this_____day of _____, 2006,

ORDERED that Defendant's Consent Motion for an Extension of Time be and is hereby GRANTED; it is

FURTHER ORDERED that Defendant shall have up to and including April 14, 2006, to respond to file Defendant's Reply Brief.

SO ORDERED.

_____

U.S. District Judge