UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| KATHY E. ADAMS, | ) |
| Plaintiff, | ) |
| v. | ) Civil No.: 05-941 (EGS) |
|  | )          ECF |
| CONDOLEEZA RICE, | ) |
| Defendant. | ) |

**DEFENDANT'S CONSENT MOTION FOR
AN EXTENSION OF TIME**

Pursuant to Fed. R. Civ. P. 6(b), Defendant Condoleeza Rice, Secretary, United States Department of State, in her official capacity, hereby moves for an extension of time from April 14, 2006, to April 21, 2006, to file Defendant's Reply Brief. The deadline for Defendant to file its Reply is on April 14, 2006. Pursuant to Local Rule 7(m), the parties conferred and Plaintiff's counsel consented to this motion. A scheduling order has not been entered in this case.

There is good cause to grant this motion. Defendant fully intended to respond to Ms. Adams' Opposition; however, the undersigned has not had an opportunity to confer with agency counsel to seek her input. Agency counsel played an instrumental role in prepare Defendant's motion for summary judgment, including securing various affidavits and other supporting documents. Defendant needs a one-week extension to complete the Reply Brief.

For the foregoing reasons, Defendant respectfully requests that the Court grant a one-week of time to April 21, 2006, for Defendant to file its Reply Brief.

Dated: April 13, 2006.                    Respectfully Submitted,


                                          _____//s//_____
                                          KENNETH L. WAINSTEIN, D.C. BAR #451058
                                          United States Attorney


                                          _____//s//_____
                                          RUDOLPH CONTRERAS, D.C. BAR #434122
                                          Assistant United States Attorney

                                          _____//s//_____
                                          JOHN C. TRUONG, D.C. BAR #465901
                                          Assistant United States Attorney
                                          555 Fourth Street, N.W.
                                          Washington, D.C.  20530
                                          (202) 307-0406

                                          Attorneys for Defendant

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| KATHY E. ADAMS, | ) |
| Plaintiff, | ) |
| v. | ) Civil No.: 05-941 (EGS) |
|  | )           ECF |
| CONDOLEEZA RICE, | ) |
| Defendant. | ) |

**[PROPOSED] ORDER GRANTING DEFENDANT'S CONSENT
MOTION FOR AN EXTENSION OF TIME**

Upon consideration of Defendant's Consent Motion for an Extension of Time and the entire record herein, it is this _____ day of _____, 2006,

ORDERED that Defendant's Consent Motion for an Extension of Time be and is hereby GRANTED; it is

FURTHER ORDERED that Defendant shall have up to and including April 21, 2006, to respond to file Defendant's Reply Brief.

SO ORDERED.

_____

U.S. District Judge