UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Kathy E. Adams,      )<br>                             )<br>       Plaintiff,      )<br>                             )<br>v.                          )<br>                             )<br>Condoleezza Rice,  )<br>                             )<br>       Defendant.   )<br>                             ) | Civil Action No.:  05-941 (EGS) |

## PLAINTIFF'S NOTICE OF FILING

Enclosed is the supplemental declaration of Mark A. O'Rourke, M.D., Ms. Adams oncologist. In this statement, Dr. O'Rourke makes clear that the use of tamoxifen posed only a remote risk to Ms. Adams' health and that any physician or nurse-practitioner could safely perform a breast exam on Ms. Adams' reconstructed breast as well as her healthy breast.

Respectfully submitted,

_____/s/_____
David H. Shapiro
D.C. Bar No. 961326
Ellen K. Renaud
D.C. Bar No. 479376
SWICK & SHAPIRO
1225 Eye Street, N.W.
Suite 1290
Washington, D.C.  20005
(202) 483-0300

Attorneys for Plaintiff