# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| KATHY E. ADAMS, | ) |
| | ) |
| Ms. Adams, | ) |
| | ) Civil Action No.:05CV00941(EGS) |
| v. | ) |
| | ) ECF |
| CONDOLEEZZA RICE, in her capacity as United States Secretary of State, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF SUPPLEMENTAL AUTHORITY

Defendant hereby notifies the Court and Plaintiff of the decision by the U.S. Court of Appeals for the District of Columbia Circuit in Taylor v. Rice, 451 F.3d 898 (D.C. Cir. 2006). A copy of the decision is attached.

Dated: March 7, 2007.                    Respectfully Submitted,

　　　　　　　　　　　　　　　　　　　　　  /s/   Jeffrey A. Taylor
　　　　　　　　　　　　　　　　　　　　JEFFREY A. TAYLOR, D.C. BAR # 498610
　　　　　　　　　　　　　　　　　　　　United States Attorney


　　　　　　　　　　　　　　　　　　　　　  /s/   Rudolph Contreras
　　　　　　　　　　　　　　　　　　　　RUDOLPH CONTRERAS, D.C. BAR #434122
　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney


　　　　　　　　　　　　　　　　　　　　　  /s/   John C. Truong
　　　　　　　　　　　　　　　　　　　　JOHN C. TRUONG, D.C. BAR #465901
　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　　555 Fourth Street, N.W.
　　　　　　　　　　　　　　　　　　　　Washington, D.C.  20530
　　　　　　　　　　　　　　　　　　　　(202) 307-0406

　　　　　　　　　　　　　　　　　　　　Attorneys for Defendant