UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **Kathy E. Adams,** | ) <br> ) <br> ) |
| **Plaintiff,** | ) <br> ) <br> ) |
| v. | ) Civil Action No.: 05-941 <br> ) |
| **Condoleezza Rice,** | ) <br> ) <br> ) |
| **Defendant.** | ) <br> ) <br> ) |

## NOTICE OF SUPPLEMENTAL AUTHORITIES

To aid this Honorable Court in its decision on Defendant's Motion for Summary Judgment, Plaintiff respectfully draws the Court's attention to the following relevant authorities:

*McAlindin v. County of San Diego*, 192 F.3d 1226, 1237 (9th Cir. 1999) (plaintiff's sexual dysfunction helped to establish his disability status, but "once [the plaintiff] is viewed as disabled, the major life activities affected by the impairment are relevant only to the extent that they affect the type of accommodation that may be necessary.");

*Heyman v. Queens Village Committee for Mental Health*, 198 F.3d 68, 73 (2d Cir. 1999) (plaintiff met the definition of "disability" even though his lymphoma was not disabling because defendant regarded him as unable to perform his job duties due to his lymphoma);

*E.E.O.C. v. Gallagher*, 181 F.3d 645 (5th Cir.1999) (denying summary judgment because employer perceived blood cancer survivor as unable to do his job);

*Cornman v. N.P. Dodge Management Co.*, 43 F.Supp. 1066, 1072 (D. Minn. 1999) (genuine issue of material fact regarding whether plaintiff's breast cancer constituted a disability);

*Cinelli v. U.S. Energy Partners*, 77 F.Supp.2d 566, 573-74 (D.N.J. 1999) (plaintiff met

the definition of "disability" because defendant "perceived him as unable to perform his job due to cancer" even though plaintiff conceded that he was not diabled);

EEOC Interpretative Guidelines, 29 C.F.R. Pt. 1630, App. § 1630.2(k) ("[T]his provision protects former cancer patients from discrimination based on their prior medical history.").

Respectfully submitted,

/s/ Ellen K. Renaud
Ellen K. Renaud
D.C. Bar No. 479376
SWICK & SHAPIRO
1225 Eye Street, N.W.
Suite 1290
Washington, D.C. 20005
(202) 483-0300

Attorney for Plaintiff