UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| KATHY E. ADAMS, ) | |
| ) | |
| Plaintiff, ) | |
| ) Civil Action No. 05-941 (EGS) | |
| v. ) | |
| ) | |
| CONDOLEEZZA RICE, Secretary ) | |
| of State, ) | |
| ) | |
| Defendant. ) | |

## ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is by the Court hereby

**ORDERED** that defendant's motion to dismiss or, in the alternative, for summary judgment is **GRANTED**; and it is

**FURTHER ORDERED** that plaintiff's claims are **DISMISSED with prejudice**; and it is

**FURTHER ORDERED** that the Clerk shall enter final judgment in favor of defendant and against plaintiff. This is a final appealable order. *See* Fed. R. App. P. 4(a).

**SO ORDERED.**

**Signed:   Emmet G. Sullivan**
**United States District Judge**
**March 29, 2007**