UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

KATHY E. ADAMS
    Plaintiff,

v.                                                      Civil Action No. 05-941

CONDOLEEZZA RICE
    Defendant

## JUDGMENT
## FOR DEFENDANT

This Cause having been considered by the Court on defendant's motion to dismiss or, in the alternative, for summary judgment, before the Honorable Emmet G. Sullivan, Judge presiding, and the issues having been duly briefed by all parties and the court having rendered its decision granting defendant's motion; now therefore, pursuant to the decision of the Court,

IT IS ORDERED, ADJUDGED AND DECREED that final judgment is entered in favor of the defendants and against plaintiff.

NANCY MAYER-WHITTINGTON, Clerk

Dated: March 29, 2007                                  By: _____
                                                                  Carol Votteler, Deputy Clerk