UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Kathy E. Adams,        ) | |
|                        ) | |
|     Plaintiff,         ) | |
|                        ) | |
| v.                     ) | Civil Action No.: 05-941 (EGS) |
|                        ) | |
| Condoleezza Rice,      ) | |
|                        ) | |
|     Defendant.         ) | |

## NOTICE OF APPEAL

**PLEASE TAKE NOTICE** that plaintiff, by and through her below-signed counsel of record, does hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the Order entered on March 29, 2007 by Emmet G. Sullivan, United States District Judge for the District of Columbia entering judgment in favor of defendant Condoleezza Rice, Mineta, Secretary of Defense against plaintiff Kathy E. Adams pursuant to Rule 56 of the Federal Rules of Civil Procedure, and the Memorandum Opinion of the District Judge setting forth the reasons for entering said judgment.

Respectfully submitted,

David H. Shapiro, D.C. Bar No. 961326
Ellen K. Renaud, D.C. Bar No. 479376
SWICK & SHAPIRO, P.C.
1225 Eye Street, N.W., Suite 1290
Washington, D.C. 20005
(202) 842-0300

Attorney for Plaintiff